Case 4:25-cv-05643    Document 5    Filed on 11/25/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PHONG VAN DO,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-cv-05643** |
| § | |
| **PAMELA BONDI,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner Phong Van Do's Emergency Motion or Request for Expedited Handling (ECF 2). Petitioner requests an Order to Show Cause and an order shortening the timeline to object to the magistrate judge's report and recommendations.

Having considered the Motion, it is **DENIED**. The Court will consider the merits of Petitioner's Petition for Writ of Habeas Corpus after receiving Respondents' Answer or other responsive pleading. The Court has set that deadline on an expedited basis, with Respondents' answer due December 9, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 25th day of November, 2025.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE