UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PHONG VAN DO,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05643 |
| | § | |
| **PAMELA BONDI,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On December 18, 2025, the Court heard argument on Petitioner Phong Van Do's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion for Summary Judgment (ECF No. 7). After considering the briefing, applicable law, and the arguments of counsel, the Court **GRANTED** Petitioner's Petition for Writ of Habeas Corpus and **DENIED** Respondents' Motion for Summary Judgment. The Court concluded that Respondents' re-detention of Petitioner failed to comply with 8 CFR § 241.13, thereby violating Petitioner's right to due process of law. *See, e.g.*, *Abuelhawa v. Noem*, No. 4:25-CV-04128, 2025 WL 2937692 (S.D. Tex. Oct. 16, 2025); *Salgar v. Noem*, 4:25-cv-04797 (S.D. Tex. Nov. 14, 2025); *Nguyen v. Hyde*, 788 F. Supp. 3d 144 (D. Mass. 2025).

The Court **ORDERS** as follows.

1. Respondents shall release Petitioner from custody within forty-eight (48) hours of entry of this Order. Petitioner shall be released in a public place within the Southern District of Texas, and his counsel shall be given notice of the time and place of his release.

2. Petitioner shall comply with the conditions of his previous Order of Supervision while released.

3. Respondents shall update the Court on the status of Petitioner's release on or before December 22, 2025.

**IT IS SO ORDERED.**

Signed at Houston, Texas on December 18, 2025.

                                                Keith P. Ellison
                                                United States District Judge