United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

PHONG VAN DO, § 
§ 
Petitioner, §
§
VS. § CIVIL ACTION NO. 4:25-CV-05643
§
PAMELA BONDI, *et al.*, §
§
Respondents. §

## ORDER

Parties have filed a Joint Advisory on Removal (ECF No. 21) informing the Court that parties have reached an agreement regarding Petitioner's removal and custody. Parties also advise that Petitioner's Motion to Enforce is moot. Therefore, Petitioner's Motion to Enforce (ECF No. 17) is **DENIED AS MOOT**.

Signed at Houston, Texas on April 28, 2026.

Keith P. Ellison
United States District Judge